**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1707**

_____

In re: MARTINEZ ORLANDIS BLACK,

      Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Western District of North Carolina, at Charlotte.  (3:23-cv-00705-MR)

_____

Submitted:  August 21, 2025                    Decided:  August 26, 2025

_____

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Martinez Orlandis Black, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martinez Orlandis Black petitions for a writ of mandamus, alleging that, in March 2025, the district court ordered the Respondent in the underlying habeas proceeding to respond to Black's 28 U.S.C. § 2254 petition but, as of June 17, 2025, neither Respondent nor the district court has acted. We construe Black's petition as seeking an order from this court directing the district court and Respondent to act on the § 2254 petition.

Our review of the district court's docket reveals that the district court granted Respondent an extension of time—until July 23, 2025—to file a response to the habeas petition. On July 21, 2025, Respondent filed a second motion for an extension of time and that motion has also been granted by the district court, affording Respondent until August 22, 2025, to respond to Black's § 2254 petition. Thus, to the extent that Black asks us to direct Respondent to respond to the § 2254 petition, or asks this court to order the district court to decide the § 2254 petition, the present record reveals no undue delay in Black's habeas proceeding.

We therefore deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2